IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| QUINCY LAJAMES JONES NELSON | § | |
| VS. | § | CIVIL ACTION NO. 9:20cv21 |
| BOB CASTLEBERRY, ET AL. | § | |

## REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Quincy LaJames Jones Nelson, a prisoner confined at the Hughes Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brings this lawsuit against prison officials concerning alleged incidents which occurred at the Lewis Unit.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

Plaintiff has filed a motion for preliminary injunction (ECF No. 53). Plaintiff's complaint concerns incidents which occurred at the Lewis Unit located in Woodville, Texas. However, plaintiff has notified the court that he is no longer confined at this institution. Plaintiff is currently confined at the Hughes Unit in Gatesville, Texas. Plaintiff's transfer to another prison has rendered his claims for injunctive relief moot. *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001); *Cooper v. Sheriff, Lubbock County, Texas*, 929 F.2d 1078, 1084 (5th Cir. 1991). Accordingly, plaintiff's motion for injunctive relief should be denied.

### Recommendation

Plaintiff's motion for injunctive relief should be denied.

### Objections

Within fourteen days after being served with a copy of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636 (b)(1)(C).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 27th day of July, 2022.

_____
Zack Hawthorn
United States Magistrate Judge