| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

QUINCY LAJAMES JONES NELSON, §
§
    Plaintiff, §
§
versus § CIVIL ACTION NO. 9:20-CV-21
§
BOB CASTLEBERRY, *et al.*, §
§
    Defendants. §

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Plaintiff Quincy LaJames Jones Nelson, an inmate formerly confined at the Lewis Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, brought this lawsuit pursuant to 42 U.S.C. § 1983.  The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The magistrate judge recommends denying plaintiff's motion for preliminary injunction and temporary restraining order.  To date, the parties have not filed objections to the report.

    The court received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

    Accordingly, the Report and Recommendation of the United States Magistrate Judge is **ADOPTED**.  It is **ORDERED** that plaintiff's motion for preliminary injunction and temporary restraining order (#123) is **DENIED**.

    SIGNED at Beaumont, Texas, this 13th day of March, 2025.

                                                             *Marcia A. Crone*
                                                             MARCIA A. CRONE
                                           UNITED STATES DISTRICT JUDGE